UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



In re                                            :
                                                 :   Chapter 11
WORLDCOM, INC., et al.                           :   Case No. 02-13533 (AJG)
                                                 :
                                     Debtors    :   (Jointly Administered)
                                                 :
MCI WORLDCOM                                     :
COMMUNICATIONS, INC. f/k/a                       :
WORLDCOM TECHNOLOGIES, INC.                      :
                                                 :
                                   Plaintiff    :
                                                 :
          v.                                     :   Adversary Proceeding
                                                 :   No. 04-04338 (AJG)
COMMUNICATIONS NETWORK                           :
INTERNATIONAL, LTD.,                             :
                                                 :
                                  Defendant     :

## NOTICE OF APPEAL

Communications Network International, Ltd. ("CNI"), the Defendant, appeals under 28 U.S.C. § 158(a) or (b) from the order of The Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, dated the 4th day of April, 2006.

The names of all parties to the order appealed from and the names, addressees, and telephone numbers of their respective attorneys are as follows:

Mark Shaiken, Esquire
Stinson, Morrison, Hecker, LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
816.842.8600
Attorney for Worldcom, Inc.,
MCI WorldCom Communications, Inc. f/k/a
WorldCom Technologies, Inc.

W. Mark Mullineaux, Esquire

794 Penllyn Pike
Blue Bell, PA 1922
267.419.1500
Attorney for Communications Network
International, Ltd.

222856 v1

DATE: 7-3-08

_____
W. MARK MULLINEAUX
794 Penllyn Pike
Blue Bell, PA  19422
(267) 419-1500
(267) 419-1560 (fax)
Attorney for Defendant, Communications Network, International, Inc.

222856 v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>WORLDCOM, INC., et al.<br><br>　　　　　　　　　Debtors<br><br>MCI WORLDCOM<br>COMMUNICATIONS, INC. f/k/a<br>WORLDCOM TECHNOLOGIES, INC.<br><br>　　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>COMMUNICATIONS NETWORK<br>INTERNATIONAL, LTD.,<br><br>　　　　　　　　　Defendant | Chapter 11<br>Case No. 02-13533 (AJG)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adversary Proceeding<br>No. 04-04338 (AJG) |

## STATEMENT OF ELECTION OF TAKING APPEAL TO DISTRICT COURT

Defendant, Communications Network International, Ltd. ("CNI"), hereby exercises its right to have CNI's appeal of the Order of April 4, 2006 by The Honorable Arthur J. Gonzalez, United States Bankruptcy Judge ("CNI's Appeal") to be heard by the District Court of this District.

CNI's Appeal was noticed pursuant to the filing of a Notice of Appeal at the time of the filing of this statement.

DATE: 7-3-08

By: _____
W. MARK MULLINEAUX
794 Penllyn Pike
Blue Bell, PA 19422
(267) 419-1500
(267) 419-1560 (fax)
Attorney for Defendant, Communications Network, International, Inc.

222856 v1

DATE: 7-3-08

_____
W. MARK MULLINEAUX
794 Penllyn Pike
Blue Bell, PA 19422
(267) 419-1500
(267) 419-1560 (fax)
Attorney for Defendant, Communications Network, International, Inc.

222856 v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| WORLDCOM, INC., et al. | Chapter 11<br>Case No. 02-13533 (AJG) |
| Debtors | (Jointly Administered) |
| MCI WORLDCOM COMMUNICATIONS, INC. f/k/a WORLDCOM TECHNOLOGIES, INC. | |
| Plaintiff | |
| v. | Adversary Proceeding<br>No. 04-04338 (AJG) |
| COMMUNICATIONS NETWORK INTERNATIONAL, LTD., | |
| Defendant | |

### CERTIFICATE OF SERVICE

I hereby state that I mailed by first class mail, postage prepaid, a true and correct copy of the foregoing notice of appeal and election of taking appeal to the District Court on July 3, 2008:

Mark Shaiken, Esquire
Stinson, Morrison, Hecker, LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
816.842.8600
Attorney for Worldcom, Inc.,

                                            _____
                                            W. Mark Mullineaux
                                            Dated:

222856 v1