# MEMO ENDO...

UNITED STATES COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMUNICATIONS NETWORK
INTERNATIONAL, LTD.,
   v.
     Appellant

MCI WORLDCOM
COMMUNICATIONS, INC. f/k/a
WORLDCOM TECHNOLOGIES, INC.

     Appellee

No. 08-7255

Bankruptcy Appeal

USDC SDNY
DOCUMENT
ELECTRONICALLY ...
DOC #:
DATE FILED: 8/28/08

### PROPOSED ORDER

AND NOW, this 28th day of Aug., 2008, upon consideration of Communications Network International, Ltd. ("CNI")'s uncontested motion to modify the briefing schedule, that motion is granted and the following Briefing schedule is adopted:

CNI Brief due September 15, 2008

MCI WorldCom Brief due October 15, 2008

CNI Reply Brief due November 4, 2008.

BY THE COURT:

_____
U.SDJ.

222856 v1